# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 79257 ✓ |
| GIOVANNI KOHLER KURTZE,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 79259 **FILED** |
| GIOVANNI KOHLER KURTZE,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 79260 |
| GIOVANNI KOHLER KURTZE,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 79261 |

SEP 04 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notices of appeal fail to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the findings of fact, conclusions of law and order

19-37000

entered on June 14, 2019, the decision has already been appealed in Docket No. 79258. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Michelle Leavitt, District Judge
       Giovanni Kohler Kurtze
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk